IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KEVIN DAVID McGOVERN and CMG CONSTRUCTION, INC., Defendants. | CR 16-80-GF-BMM ORDER |

Upon motion by the United States, and for good cause shown,

IT IS ORDERED that the Indictment against Kevin David McGovern is DISMISSED. IT IS FURTHER ORDERED that Count I of the Indictment against CMG Construction, Inc., is DISMISSED.

DATED this 12th day of June, 2017.

_____
Brian Morris
United States District Court Judge