IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-80-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| KEVIN DAVID McGOVERN, | |
| Defendant. | |

Kevin McGovern filed a motion for early termination of supervised release. Doc. 192. The government does not oppose McGovern being discharged from supervision at this time. Doc. 196. The Court conducted a hearing on the motion on December 1, 2020. *Id*. For the reasons below, the Court grants McGovern's motion.

The Court sentenced McGovern to the Bureau of Prisons for a term of 24 months. Doc. 178. The Court required McGovern to complete 2,000 hours of community service and a period of 24 months on supervised release. *Id*. McGovern began his supervised release on April 8, 2020. Doc. 192. at 1. McGovern completed 2,000 hours of community service on August 21, 2020. *Id*. McGovern's supervising probation officer reports that she supports early termination of McGovern's supervision.

Federal law authorizes a defendant to move for termination of his supervised

release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of McGovern's supervised release. McGovern completed his community service through volunteer work at Rocky Mountain College. McGovern included a letter of support from Bob Wilmouth, Rocky Mountain College President, with his motion for early termination. Doc. 192-1 at 4. McGovern's probation officer contends that McGovern has not had any problems complying with the conditions of his supervised release.

Accordingly, **IT IS ORDERED**:

1.    Defendant's Motion for Early Termination of Supervised Release (Doc. 192) is **GRANTED**.

2.    Defendant Kevin McGovern is **DISCHARGED** from supervised release.

DATED this 1st day of December, 2020.

Brian Morris, Chief District Judge
United States District Court

2